Stickle v. Van Doren.    Gulick v. Gulick's Fxecutors.

merit, that the counsel of the respondents were not heard.    It
is not necessary to review the facts of the case; the evidence
has been fully discussed by the Chancellor, and for the reasons
stated in his opinion, (10 C. E. Green 45,) I think the decree
should be affirmed, with costs.

Decree unanimously affirmed.

STICKLE, appellant, and VAN DOREN, respondent.

Decree unanimously affirmed for the reasons stated in the
opinion of the Chancellor, reported in 9 C. E. Green 331.

## JUNE TERM, 1875.

GULICK and others, appellants, and GULICK's EXECUTORS,
respondents.

1. A bequest of the income of personalty, without limit as to time, is
equivalent to a gift of the principal.

2. Where an absolute gift is made in the first instance, followed by a
limitation over on the death of the first taker, the absolute gift is not
defeated, unless the gift over takes effect.

3. Though, by the application of such rule in this case, had the first
taker died childless, her husband would have taken the gift absolutely as
her administrator, notwithstanding testator's direction that the fund was
not to be subject to the control of her husband, the rule must still govern,
where the guard against the husband's interference was only an incident
to the accomplishment of testator's purpose to preserve the interest of the
fund, and to keep the body of the bequest intact to meet the limitation over.

4. Though a will must be construed as an entirety, yet the legal con-
struction of one section cannot be controlled by guesses as to the intent of
the testator, arising from the disposition of his property in the remaining
sections.